# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D2024-0805
Lower Tribunal No. 2018-CF-004668-A-O

_____

RODERIC GEYVOD SCOTT,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Orange County.
Leticia Marques, Judge.

February 24, 2026

PER CURIAM.

AFFIRMED.

NARDELLA, WHITE and PRATT, JJ., concur.


Roderick Geyvod Scott, Bushnell, pro se.

No Appearance for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF TIMELY FILED